**Order entered February 12, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01323-CR

**LOUIS RUSSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80805-2016**

## ORDER

Before the Court is court reporter Antoinette Varela's February 11, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.


/s/    CORY L. CARLYLE
        JUSTICE